UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
May 14, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −151)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 2,010 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is pending at this time, the stay is lifted.

May 14, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

John W. Nichols
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court, Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk



IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                    MDL No. 2804

## SCHEDULE CTO−151 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

ALABAMA SOUTHERN

| ~~ALS~~ | ~~1~~ | ~~20−00258~~ | ~~City of Daphne, Alabama v. Amneal Pharmaceuticals, LLC et al~~   Opposed 5/12/2020 |

CALIFORNIA EASTERN

| CAE | 2 | 20−00876 | City of Chico et al v. Amerisourcebergen Drug Corporation et al |

FLORIDA MIDDLE

| ~~FLM~~ | ~~6~~ | ~~20−00736~~ | ~~The City of Orlando, Florida v. CVS Health Corporation et al~~   Opposed 5/6/2020 |

KANSAS

| ~~KS~~ | ~~5~~ | ~~20−04022~~ | ~~Shawnee County, Kansas, Board of Commissioners v. Allergan PLC et al~~   Opposed 5/12/2020 |